THE LAW OFFICES OF
KELLY G. BLACK, PLC
1152 E Greenway St, Ste 4
Mesa, AZ 85203-4360
P 480-639-6719
F 480-639-6819
kgb@kellygblacklaw.com
Attorneys for Reorganized Debtors
By:      Kelly G. Black, No. 016376

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re:<br><br>**Kenneth Mesa and Yael Mesa,**<br><br>   Debtors. | **No. 2:10-36126-DPC**<br><br>Chapter 11 Proceedings<br><br>**Correction of Record**<br><br>Assigned to: Honorable Daniel P. Collins |
|---|---|

On December 7, 2013, the undersigned filed a Reply in Support of Motion for Expedited Order Resolving Motion to Determine Balances and Compel Adjustment of Statements (ASC / US Bank) (Doc 297) (the "Reply"). The issues raised in the Reply have since been resolved by stipulation, but a statement made in the Reply has since proved incomplete.

On page 7 of the Reply, the undersigned stated that on December 6, 2013, "counsel for US Bank indicated he would check if his client had concluded its review. **The results of this inquiry were not conveyed to the Mesas or their counsel**." Reply, p. 7, lines 22-25 (emphasis added). Since filing the Reply, the undersigned has learned facts that make the highlighted sentence incomplete.

Counsel for US Bank in fact *had* responded by leaving a voice message. While the voice message did not convey US Bank's ultimate decision after review, it did provide an update of the status of that review, advising that a response by Monday, December 9, 2013 was likely. Unfortunately, the message was left on a voice mail box at the undersigned's former firm, and was not forwarded to the undersigned until Tuesday, December 10, 2013. In addition, the undersigned discovered today that his own phone settings were sending the old number as his caller ID, which likely led counsel for US Bank to use that phone number.

Page 1

As mentioned, a stipulation between Debtors and US Bank has already been reached and an order entered, mooting the issues raised in the Reply. Regardless, the undersigned wishes to correct the record as set forth above.

DATED this 11th day of December, 2013.

        Kelly G. Black, PLC

        /s/ Kelly G. Black
        Attorneys for Reorganized Debtors
        By: Kelly G. Black, No. 016376

---

100090-091\Mesa Chapter 11 Correction of Record.docm